BERTHA MILLER, Appellant, v. WALDORF POUND CAKE COMPANY, Respondent.— Order granting defendant's motion to set aside inquest and judgment entered thereon and restoring case to trial calendar, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

P. & H. REALTY CORPORATION, Respondent, v. JACOB S. BLATT, Defendant. ABRAHAM MORGANSTERN, MORGAN FINANCE CORPORATION and LEOPOLD SCHLESSEL, Respondents; ISAAC MINER, Appellant.— Judgment modified by providing that the bond and mortgage be preserved as evidence in the prosecution of the defendant Jacob S. Blatt if he be apprehended, and as so modified unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ. Settle order on notice.

ARCHIBALD W. PARKIN, Respondent, v. THE UNITY PROTECTIVE INSURANCE ASSOCIATION, Appellant. (Action No. 2.) — On reargument, order denying motion to strike from complaint causes of action marked "First," "Second," "Third," "Fourth" and "Fifth," and granting motion to strike therefrom cause of action marked "Sixth," affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CATAPANO, Appellant.— Order of the County Court of Queens county denying application of defendant for permission to withdraw his plea of guilty, and to substitute a plea of not guilty, order denying motion to vacate sentence and to set aside plea of guilty, and judgment of conviction of said County Court upon defendant's confession and plea of guilty of the crime of robbery in the second degree, unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HIRSCH, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE RUSSO, etc., Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE S. ABELL, Appellant, v. JOHN H. CLARKSON and Others, as and Composing the Board of Trustees of the Village of Cornwall, Appellants. JOHN E. PRESTON and WILLIAM W. STUART, Intervenors, Respondents.— Order in so far as it directs that John E. Preston and William W. Stuart "be intervened in the said certiorari proceeding and made parties to the record and additional respondents therein" reversed upon the law and the facts, with ten dollars costs and disbursements, upon the ground that neither of the parties named is specially and beneficially interested in the proceeding within the meaning of section 1302 of the Civil Practice Act. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.